## Overpayment Summary

### Claimant Information

**Claimant Name:** MELVIN K HUDSON  **Claimant ID:** 10698779  **Claim ID:** 1091605
**Benefit Year Begin Date:** 11/12/2017  **Benefit Year End Date:** 11/10/2018  **Last Week Filed:** 04/21/2018

### Overpayment Summary

| Benefits Overpaid | Interest Amount | Civil Interest Amount | Penalty Amount | Court Costs Amount | Total Overpayment | Overpayment Balance | Interest Balance | Civil Interest Balance | Penalty Balance | Court Costs Balance | Credit Balance | Balance Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $8,744.00 | $3,271.71 | $0.00 | $1,032.00 | $0.00 | $13,047.71 | $6,840.00 | $3,073.68 | $0.00 | $1,032.00 | $0.00 | $0.00 | $10,945.68 |

### Overpayment Case Information

Click on an overpayment case ID to see the details of the overpayment.

**Monthly Amount Due:** $278.00

| Select | Overpayment Case ID | Issue Number | Determination Date | Fraud Indicator | Requesting State | Collection Activity | Total Overpayment | Balance Total | History |
|---|---|---|---|---|---|---|---|---|---|
| ○ | 279294 | | 10/02/2012 | N | | Intercept | $466.00 | $0.00 | History |
| ○ | 279292 | 009 | 12/18/2012 | Y | | Intercept | $1,363.03 | $0.00 | History |
| ○ | 279291 | 008 | 12/18/2012 | N | | Intercept | $233.00 | $0.00 | History |
| ○ | 279293 | 014 | 06/08/2018 | Y | | Intercept, TRIP Certified | $10,985.68 | $10,945.68 | History |

[Make Payment] [Overpayment Repayment History] [Reinstate Write off] [Decertify] [Certify]

### Claimant Information

**Claimant Name:** MELVIN K HUDSON  **Claimant ID:** 10698779  **Claim ID:** 1091605
**Benefit Year Begin Date:** 11/12/2017  **Benefit Year End Date:** 11/10/2018  **Last Week Filed:** 04/21/2018

### Overpayment Case Weekly Information

First Prev **1** 2 Next Last  Results 1 - 10 of 16

| Benefit Week Ending Date | Program Type | Original WBA | Benefits Paid | Overpayment Amount |
|---|---|---|---|---|
| 12/30/2017 | REGULAR UI | $430.00 | $360.00 | $430.00 |
| 01/06/2018 | REGULAR UI | $430.00 | $360.00 | $430.00 |
| 01/13/2018 | REGULAR UI | $430.00 | $360.00 | $430.00 |
| 01/20/2018 | REGULAR UI | $430.00 | $360.00 | $430.00 |
| 01/27/2018 | REGULAR UI | $430.00 | $360.00 | $430.00 |
| 02/03/2018 | REGULAR UI | $430.00 | $360.00 | $430.00 |
| 02/10/2018 | REGULAR UI | $430.00 | $360.00 | $430.00 |
| 02/17/2018 | REGULAR UI | $430.00 | $360.00 | $430.00 |
| 02/24/2018 | REGULAR UI | $430.00 | $360.00 | $430.00 |
| 03/03/2018 | REGULAR UI | $430.00 | $360.00 | $430.00 |

First Prev 1 **2** Next Last  Results 11 - 16 of 16

| Benefit Week Ending Date | Program Type | Original WBA | Benefits Paid | Overpayment Amount |
|---|---|---|---|---|
| 03/10/2018 | REGULAR UI | $430.00 | $360.00 | $430.00 |
| 03/17/2018 | REGULAR UI | $430.00 | $360.00 | $430.00 |
| 03/24/2018 | REGULAR UI | $430.00 | $360.00 | $430.00 |
| 03/31/2018 | REGULAR UI | $430.00 | $360.00 | $430.00 |
| 04/07/2018 | REGULAR UI | $430.00 | $360.00 | $430.00 |
| 04/14/2018 | REGULAR UI | $430.00 | $360.00 | $430.00 |

### Overpayment Case Detail

**Benefits Overpaid:** $6,880.00  **Overpayment Balance:** $6,840.00
**FAC Overpaid:** $0.00  **FAC Balance:** $0.00
**MEUC Overpaid:** $0.00  **MEUC Balance:** $0.00
**Interest Amount:** $3,073.68  **Interest Balance:** $3,073.68
**Penalty Amount:** $1,032.00  **Penalty Balance:** $1,032.00
**Prosecution:** N
**Overpayment Cause:** Claimant Error
**Overpayment Source:** State New Hires
**Overpayment Type:** Fraud

## Search Results

[Export To Excel] [Print] [Generate Refund]

| Select | Payment ID | Overpayment Case ID | Overpayment Adjustment Method | Write-off Reason | Payment Date | Posting Date | Status | Total Amount | Check Number | Batch Header ID | Payment Source | Released From Suspense |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ○ | 913791 | 279292 | State Offset | | 12/23/2013 | 12/23/2013 | Paid | $391.00 | | | WBA Overpayment offset | No |
| ○ | 375202 | 279292 | State Offset | | 12/30/2013 | 12/30/2013 | Paid | $391.00 | | | WBA Overpayment offset | No |
| ○ | 588454 | 279292 | Cash | | 10/11/2017 | 10/11/2017 | Paid | $198.00 | | | Claimant | No |
| ○ | | 279292 | Write-Off | Settlement | 10/31/2017 | 10/31/2017 | | $0.03 | | | | |
| ○ | 588455 | 279293 | Cash | | 01/30/2019 | 01/30/2019 | Paid | $40.00 | | | Claimant | No |
| ○ | 375203 | 279294 | State Offset | | 01/06/2014 | 01/06/2014 | Paid | $391.00 | | | WBA Overpayment offset | No |
| ○ | 591081 | 279294 | State Offset | | 01/13/2014 | 01/13/2014 | Paid | $391.00 | | | WBA Overpayment offset | No |
| ○ | 913792 | 279294 | State Offset | | 01/21/2014 | 01/21/2014 | Paid | $300.00 | | | WBA Overpayment offset | No |