STATE OF MARYLAND
DEPARTMENT OF LABOR, LICENSING AND REGULATION
DIVISION OF UNEMPLOYMENT INSURANCE
NOTICE OF BENEFIT DETERMINATION

```
NAME:
SSN:     ████████
DATE MAILED:
BENEFIT YEAR BEGINS:
```

<u>MAIL   APPEAL TO ADDRESS ABOVE</u>
OR FAX TO: 410-225-9781

```
ISSUE
SECTION OF LAW
DATE OF DETERMINATION
SPECIALIST ID
```

THE LAST DAY TO FILE AN APPEAL IS:
(IF THIS DECISION IS CHANGED ON APPEAL, THE CLAIMANT
WILL BE REQUIRED TO REPAY ANY RESULTING OVERPAYMENT.)

DETERMINATION:

APPEAL RIGHTS:

<u>IMPORTANTE:</u> Esta determinación puede afectarlo para recibir sus beneficios del Desempleo. Si usted no esta de acuerdo con la decisión, usted debe apelar inmediatamente. Contáctese con el Centro de College Park, al 301-313-8000, presione 2.

<u>CLAIMANT AND EMPLOYER:</u> Section 8-508 of the Maryland Unemployment Insurance Law provides the right to appeal this determination. If you disagree with the decision you may file an appeal. Appeals must be in writing and explain why you disagree with the decision that was issued. The appeal must be postmarked within (15) days of the date of this determination. If the appeal is filed late, the Appeals Division will determine, during the hearing, if the reason for the late filing is with good cause. A claimant who appeals a determination and remains unemployed must continue to file timely continued claims for each week. NO LATE CONTINUED CLAIMS WILL BE ACCEPTED. If an appeal decision results in reversal or modification of this determination, the claimant <u>may</u> be paid benefits previously denied or <u>may</u> be overpaid benefits previously paid.

SEE BACK OF FORM FOR PROVISIONS OF THE LAW

| SECTION OF LAW | PROVISIONS OF THE LAW REGARDING BENEFITS |
|---|---|
| 8-801 | The claimant must be totally or partially unemployed through no fault of his/her own. |
| 8-803 | A claimant must report all earnings for each week he/she files claims for unemployment insurance benefits. |
| 8-804 | The dependents allowance is payable only if the claimant provides support for the dependent child under 16 years of age at the beginning of the claimant's benefit year. |
| 8-809 | If the claimant has received benefits for which he/she is found to have been ineligible, the claimant must repay those benefits. In addition, the amount may be recovered from benefits payable to the claimant in the future. |
| 8-809 | If the claimant knowingly made a false statement or failed to disclose material facts in order to obtain benefits, he/she will be disqualified for one year, must repay all benefits received, and may be prosecuted. |
| 8-901 | The claimant must file a claim for each week of unemployment in accordance with regulations. |
| 8-902 | The claimant must register for work and continue to report and keep his/her registration active. |
| 8-903 | The claimant must be able to work and available for work and make a reasonable effort to find work. |
| 8-910 | The claimant who received benefits in a previous benefit year shall not be eligible for future benefits unless the claimant has worked for an employer and earned wages equal to ten times his/her new weekly benefit amount after the beginning of the first of such benefit years. |
| 8-1001 | If the claimant voluntarily left work without good cause, the claimant may be disqualified from five to ten weeks or until he/she has become reemployed and earned fifteen times his/her weekly benefit amount. If a claimant voluntarily leaves work to become self-employed, to accompany or join a non-military spouse in a new locality or to attend an educational institution the claimant will be disqualified until he/she has become reemployed and earned fifteen times his weekly benefit amount. |
| 8-1002 | If the claimant was discharged or suspended for gross misconduct connected with the work, the claimant will be disqualified until he/she becomes reemployed and has earned twenty times his/her weekly benefit amount on a claim effective prior to 3-6-11. The claimant will be disqualfied until he/she becomes reemployed and has earned twenty-five times his/her weekly benefit amount on a claim effective on or after 3-6-11. |
| 8-1002.1 | If the claimant was discharged or suspended for aggravated misconduct connected with the work, the claimant will be disqualified until he/she has become reemployed and has earned thirty times his/her weekly benefit amount. |
| 8-1003 | If the claimant was suspended or discharged for misconduct (not gross) connected with the work, the claimant may be disqualified from five to ten weeks on a claim effective prior to 3-6-11. The claimant may be disqualified from ten to fifteen weeks on a claim effective on or after 3-6-11. |
| 8-1004 | If the claimant's unemployment is due to a stoppage of work because of a labor dispute (other than a lockout) he/she will be disqualified for the duration of the stoppage of work. |
| 8-1005 | If the claimant failed, without good cause, to apply for available, suitable work, or to accept such work when offered to him/her, the claimant may be disqualified from five to ten weeks or until he/she becomes reemployed and has earned ten times his/her weekly benefit amount. |
| 8-1006 | If the claimant has applied for or is receiving unemployment benefits under the laws of another State or of the United States, the claimant is not eligible for benefits in Maryland. |
| 8-1007 | If the claimant is receiving vacation or holiday pay and has a definite return to work date at the time of separation, benefits will be denied or reduced for the week(s) to which the pay applies. |
| 8-1008 | If the claimant is receiving a pension, annuity, profit sharing, or retirement pay other than Social Security, or any other similar periodic payment based on his/her previous work for a base period employer, benefits will be denied or reduced. |
| 8-1009 | If the claimant receives dismissal pay, benefits will be denied or reduced for the week(s) to which the pay applies. |

```
                        STATE OF MARYLAND
             DEPARTMENT OF LABOR, LICENSING AND REGULATION
                   DIVISION OF UNEMPLOYMENT INSURANCE
                      NOTICE OF BENEFIT DETERMINATION

     NAME:
     SSN:       ████████
     DATE MAILED:
     BENEFIT YEAR BEGINS:
                                              MAIL   APPEAL TO ADDRESS ABOVE
                                              OR FAX TO: 410-225-9781






     ISSUE
     SECTION OF LAW
     DATE OF DETERMINATION
     SPECIALIST ID

     THE LAST DAY TO FILE AN APPEAL IS:
     (IF THIS DECISION IS CHANGED ON APPEAL, THE CLAIMANT
     WILL BE REQUIRED TO REPAY ANY RESULTING OVERPAYMENT.)
     DETERMINATION:
```

APPEAL RIGHTS:

<u>IMPORTANTE:</u> Esta determinación puede afectarlo para recibir sus beneficios del Desempleo. Si usted no esta de acuerdo con la decisión, usted debe apelar inmediatamente. Contáctese con el Centro de College Park, al 301-313-8000, presione 2.

<u>CLAIMANT AND EMPLOYER:</u>  Section 8-508 of the Maryland Unemployment Insurance Law provides the right to appeal this determination. If you disagree with the decision you may file an appeal. Appeals must be in writing and explain why you disagree with the decision that was issued. The appeal must be postmarked within (15) days of the date of this determination. If the appeal is filed late, the Appeals Division will determine, during the hearing, if the reason for the late filing is with good cause.  A claimant who appeals a determination and remains unemployed must continue to file timely continued claims for each week.  NO LATE CONTINUED CLAIMS WILL BE ACCEPTED. If an appeal decision results in reversal or modification of this determination, the claimant <u>may</u> be paid benefits previously denied or <u>may</u> be overpaid benefits previously paid.

SEE BACK OF FORM FOR PROVISIONS OF THE LAW

DLLR/DUI 222 (REVISED 4/14 (MABS) SIDE 1

| SECTION OF LAW | PROVISIONS OF THE LAW REGARDING BENEFITS |
|---|---|
| 8-801 | The claimant must be totally or partially unemployed through no fault of his/her own. |
| 8-803 | A claimant must report all earnings for each week he/she files claims for unemployment insurance benefits. |
| 8-804 | The dependents allowance is payable only if the claimant provides support for the dependent child under 16 years of age at the beginning of the claimant's benefit year. |
| 8-809 | If the claimant has received benefits for which he/she is found to have been ineligible, the claimant must repay those benefits. In addition, the amount may be recovered from benefits payable to the claimant in the future. |
| 8-809 | If the claimant knowingly made a false statement or failed to disclose material facts in order to obtain benefits, he/she will be disqualified for one year, must repay all benefits received, and may be prosecuted. |
| 8-901 | The claimant must file a claim for each week of unemployment in accordance with regulations. |
| 8-902 | The claimant must register for work and continue to report and keep his/her registration active. |
| 8-903 | The claimant must be able to work and available for work and make a reasonable effort to find work. |
| 8-910 | The claimant who received benefits in a previous benefit year shall not be eligible for future benefits unless the claimant has worked for an employer and earned wages equal to ten times his/her new weekly benefit amount after the beginning of the first of such benefit years. |
| 8-1001 | If the claimant voluntarily left work without good cause, the claimant may be disqualified from five to ten weeks or until he/she has become reemployed and earned fifteen times his/her weekly benefit amount. If a claimant voluntarily leaves work to become self-employed, to accompany or join a non-military spouse in a new locality or to attend an educational institution the claimant will be disqualified until he/she has become reemployed and earned fifteen times his weekly benefit amount. |
| 8-1002 | If the claimant was discharged or suspended for gross misconduct connected with the work, the claimant will be disqualified until he/she becomes reemployed and has earned twenty times his/her weekly benefit amount on a claim effective prior to 3-6-11. The claimant will be disqualfied until he/she becomes reemployed and has earned twenty-five times his/her weekly benefit amount on a claim effective on or after 3-6-11. |
| 8-1002.1 | If the claimant was discharged or suspended for aggravated misconduct connected with the work, the claimant will be disqualified until he/she has become reemployed and has earned thirty times his/her weekly benefit amount. |
| 8-1003 | If the claimant was suspended or discharged for misconduct (not gross) connected with the work, the claimant may be disqualified from five to ten weeks on a claim effective prior to 3-6-11. The claimant may be disqualified from ten to fifteen weeks on a claim effective on or after 3-6-11. |
| 8-1004 | If the claimant's unemployment is due to a stoppage of work because of a labor dispute (other than a lockout) he/she will be disqualified for the duration of the stoppage of work. |
| 8-1005 | If the claimant failed, without good cause, to apply for available, suitable work, or to accept such work when offered to him/her, the claimant may be disqualified from five to ten weeks or until he/she becomes reemployed and has earned ten times his/her weekly benefit amount. |
| 8-1006 | If the claimant has applied for or is receiving unemployment benefits under the laws of another State or of the United States, the claimant is not eligible for benefits in Maryland. |
| 8-1007 | If the claimant is receiving vacation or holiday pay and has a definite return to work date at the time of separation, benefits will be denied or reduced for the week(s) to which the pay applies. |
| 8-1008 | If the claimant is receiving a pension, annuity, profit sharing, or retirement pay other than Social Security, or any other similar periodic payment based on his/her previous work for a base period employer, benefits will be denied or reduced. |
| 8-1009 | If the claimant receives dismissal pay, benefits will be denied or reduced for the week(s) to which the pay applies. |

STATE OF MARYLAND
DEPARTMENT OF LABOR, LICENSING AND REGULATION
DIVISION OF UNEMPLOYMENT INSURANCE
NOTICE OF BENEFIT DETERMINATION

```
NAME:
SSN:          ▮▮▮▮▮
DATE MAILED:
BENEFIT YEAR BEGINS:
```

<u>MAIL  APPEAL TO ADDRESS ABOVE</u>
<u>OR FAX TO: 410-225-9781</u>

```
ISSUE
SECTION OF LAW
DATE OF DETERMINATION
SPECIALIST ID
```

THE LAST DAY TO FILE AN APPEAL IS:
(IF THIS DECISION IS CHANGED ON APPEAL, THE CLAIMANT
WILL BE REQUIRED TO REPAY ANY RESULTING OVERPAYMENT.)

DETERMINATION:

APPEAL RIGHTS:

<u>IMPORTANTE:</u> Esta determinación puede afectarlo para recibir sus beneficios del Desempleo. Si usted no esta de acuerdo con la decisión, usted debe apelar inmediatamente. Contáctese con el Centro de College Park, al 301-313-8000, presione 2.

<u>CLAIMANT AND EMPLOYER:</u> Section 8-508 of the Maryland Unemployment Insurance Law provides the right to appeal this determination. If you disagree with the decision you may file an appeal. Appeals must be in writing and explain why you disagree with the decision that was issued. The appeal must be postmarked within (15) days of the date of this determination. If the appeal is filed late, the Appeals Division will determine, during the hearing, if the reason for the late filing is with good cause. A claimant who appeals a determination and remains unemployed must continue to file timely continued claims for each week. NO LATE CONTINUED CLAIMS WILL BE ACCEPTED. If an appeal decision results in reversal or modification of this determination, the claimant <u>may</u> be paid benefits previously denied or <u>may</u> be overpaid benefits previously paid.

SEE BACK OF FORM FOR PROVISIONS OF THE LAW

| SECTION OF LAW | PROVISIONS OF THE LAW REGARDING BENEFITS |
|---|---|
| 8-801 | The claimant must be totally or partially unemployed through no fault of his/her own. |
| 8-803 | A claimant must report all earnings for each week he/she files claims for unemployment insurance benefits. |
| 8-804 | The dependents allowance is payable only if the claimant provides support for the dependent child under 16 years of age at the beginning of the claimant's benefit year. |
| 8-809 | If the claimant has received benefits for which he/she is found to have been ineligible, the claimant must repay those benefits. In addition, the amount may be recovered from benefits payable to the claimant in the future. |
| 8-809 | If the claimant knowingly made a false statement or failed to disclose material facts in order to obtain benefits, he/she will be disqualified for one year, must repay all benefits received, and may be prosecuted. |
| 8-901 | The claimant must file a claim for each week of unemployment in accordance with regulations. |
| 8-902 | The claimant must register for work and continue to report and keep his/her registration active. |
| 8-903 | The claimant must be able to work and available for work and make a reasonable effort to find work. |
| 8-910 | The claimant who received benefits in a previous benefit year shall not be eligible for future benefits unless the claimant has worked for an employer and earned wages equal to ten times his/her new weekly benefit amount after the beginning of the first of such benefit years. |
| 8-1001 | If the claimant voluntarily left work without good cause, the claimant may be disqualified from five to ten weeks or until he/she has become reemployed and earned fifteen times his/her weekly benefit amount. If a claimant voluntarily leaves work to become self-employed, to accompany or join a non-military spouse in a new locality or to attend an educational institution the claimant will be disqualified until he/she has become reemployed and earned fifteen times his weekly benefit amount. |
| 8-1002 | If the claimant was discharged or suspended for gross misconduct connected with the work, the claimant will be disqualified until he/she becomes reemployed and has earned twenty times his/her weekly benefit amount on a claim effective prior to 3-6-11. The claimant will be disqualfied until he/she becomes reemployed and has earned twenty-five times his/her weekly benefit amount on a claim effective on or after 3-6-11. |
| 8-1002.1 | If the claimant was discharged or suspended for aggravated misconduct connected with the work, the claimant will be disqualified until he/she has become reemployed and has earned thirty times his/her weekly benefit amount. |
| 8-1003 | If the claimant was suspended or discharged for misconduct (not gross) connected with the work, the claimant may be disqualified from five to ten weeks on a claim effective prior to 3-6-11. The claimant may be disqualified from ten to fifteen weeks on a claim effective on or after 3-6-11. |
| 8-1004 | If the claimant's unemployment is due to a stoppage of work because of a labor dispute (other than a lockout) he/she will be disqualified for the duration of the stoppage of work. |
| 8-1005 | If the claimant failed, without good cause, to apply for available, suitable work, or to accept such work when offered to him/her, the claimant may be disqualified from five to ten weeks or until he/she becomes reemployed and has earned ten times his/her weekly benefit amount. |
| 8-1006 | If the claimant has applied for or is receiving unemployment benefits under the laws of another State or of the United States, the claimant is not eligible for benefits in Maryland. |
| 8-1007 | If the claimant is receiving vacation or holiday pay and has a definite return to work date at the time of separation, benefits will be denied or reduced for the week(s) to which the pay applies. |
| 8-1008 | If the claimant is receiving a pension, annuity, profit sharing, or retirement pay other than Social Security, or any other similar periodic payment based on his/her previous work for a base period employer, benefits will be denied or reduced. |
| 8-1009 | If the claimant receives dismissal pay, benefits will be denied or reduced for the week(s) to which the pay applies. |

```
                        STATE OF MARYLAND
              DEPARTMENT OF LABOR, LICENSING AND REGULATION
                    DIVISION OF UNEMPLOYMENT INSURANCE
                      NOTICE OF BENEFIT DETERMINATION
```

```
     NAME:
     SSN:        ████
     DATE MAILED:
     BENEFIT YEAR BEGINS:
                                                    MAIL   APPEAL TO ADDRESS ABOVE
                                                    OR FAX TO: 410-225-9781
```

```
     ISSUE
     SECTION OF LAW
     DATE OF DETERMINATION
     SPECIALIST ID

     THE LAST DAY TO FILE AN APPEAL IS:
     (IF THIS DECISION IS CHANGED ON APPEAL, THE CLAIMANT
     WILL BE REQUIRED TO REPAY ANY RESULTING OVERPAYMENT.)
     DETERMINATION:
```

APPEAL RIGHTS:

<u>IMPORTANTE:</u> Esta determinación puede afectarlo para recibir sus beneficios del Desempleo. Si usted no esta de acuerdo con la decisión, usted debe apelar inmediatamente. Contáctese con el Centro de College Park, al 301-313-8000, presione 2.

<u>CLAIMANT AND EMPLOYER:</u>  Section 8-508 of the Maryland Unemployment Insurance Law provides the right to appeal this determination. If you disagree with the decision you may file an appeal. Appeals must be in writing and explain why you disagree with the decision that was issued. The appeal must be postmarked within (15) days of the date of this determination. If the appeal is filed late, the Appeals Division will determine, during the hearing, if the reason for the late filing is with good cause.  A claimant who appeals a determination and remains unemployed must continue to file timely continued claims for each week.  NO LATE CONTINUED CLAIMS WILL BE ACCEPTED. If an appeal decision results in reversal or modification of this determination, the claimant <u>may</u> be paid benefits previously denied or <u>may</u> be overpaid benefits previously paid.

SEE BACK OF FORM FOR PROVISIONS OF THE LAW

| SECTION OF LAW | PROVISIONS OF THE LAW REGARDING BENEFITS |
|---|---|
| 8-801 | The claimant must be totally or partially unemployed through no fault of his/her own. |
| 8-803 | A claimant must report all earnings for each week he/she files claims for unemployment insurance benefits. |
| 8-804 | The dependents allowance is payable only if the claimant provides support for the dependent child under 16 years of age at the beginning of the claimant's benefit year. |
| 8-809 | If the claimant has received benefits for which he/she is found to have been ineligible, the claimant must repay those benefits. In addition, the amount may be recovered from benefits payable to the claimant in the future. |
| 8-809 | If the claimant knowingly made a false statement or failed to disclose material facts in order to obtain benefits, he/she will be disqualified for one year, must repay all benefits received, and may be prosecuted. |
| 8-901 | The claimant must file a claim for each week of unemployment in accordance with regulations. |
| 8-902 | The claimant must register for work and continue to report and keep his/her registration active. |
| 8-903 | The claimant must be able to work and available for work and make a reasonable effort to find work. |
| 8-910 | The claimant who received benefits in a previous benefit year shall not be eligible for future benefits unless the claimant has worked for an employer and earned wages equal to ten times his/her new weekly benefit amount after the beginning of the first of such benefit years. |
| 8-1001 | If the claimant voluntarily left work without good cause, the claimant may be disqualified from five to ten weeks or until he/she has become reemployed and earned fifteen times his/her weekly benefit amount. If a claimant voluntarily leaves work to become self-employed, to accompany or join a non-military spouse in a new locality or to attend an educational institution the claimant will be disqualified until he/she has become reemployed and earned fifteen times his weekly benefit amount. |
| 8-1002 | If the claimant was discharged or suspended for gross misconduct connected with the work, the claimant will be disqualified until he/she becomes reemployed and has earned twenty times his/her weekly benefit amount on a claim effective prior to 3-6-11. The claimant will be disqualfied until he/she becomes reemployed and has earned twenty-five times his/her weekly benefit amount on a claim effective on or after 3-6-11. |
| 8-1002.1 | If the claimant was discharged or suspended for aggravated misconduct connected with the work, the claimant will be disqualified until he/she has become reemployed and has earned thirty times his/her weekly benefit amount. |
| 8-1003 | If the claimant was suspended or discharged for misconduct (not gross) connected with the work, the claimant may be disqualified from five to ten weeks on a claim effective prior to 3-6-11. The claimant may be disqualified from ten to fifteen weeks on a claim effective on or after 3-6-11. |
| 8-1004 | If the claimant's unemployment is due to a stoppage of work because of a labor dispute (other than a lockout) he/she will be disqualified for the duration of the stoppage of work. |
| 8-1005 | If the claimant failed, without good cause, to apply for available, suitable work, or to accept such work when offered to him/her, the claimant may be disqualified from five to ten weeks or until he/she becomes reemployed and has earned ten times his/her weekly benefit amount. |
| 8-1006 | If the claimant has applied for or is receiving unemployment benefits under the laws of another State or of the United States, the claimant is not eligible for benefits in Maryland. |
| 8-1007 | If the claimant is receiving vacation or holiday pay and has a definite return to work date at the time of separation, benefits will be denied or reduced for the week(s) to which the pay applies. |
| 8-1008 | If the claimant is receiving a pension, annuity, profit sharing, or retirement pay other than Social Security, or any other similar periodic payment based on his/her previous work for a base period employer, benefits will be denied or reduced. |
| 8-1009 | If the claimant receives dismissal pay, benefits will be denied or reduced for the week(s) to which the pay applies. |