IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | |
|---|---|
| In re: | * |
| | * |
| Melvin Hudson, | *   Case No. 24-18506 DER |
| | * |
| Debtor. | *   Chapter 13 |
| * * * * * * * | * * * * * * * * |
| | * |
| Maryland Department of Labor, | * |
| | * |
| Plaintiff, | * |
| v. | *   Adv. No. 25-00011 |
| | * |
| Melvin Hudson, | * |
| | * |
| Defendant. | * |
| * * * * * * * * | * * * * * * * |

**AFFIDAVIT OF SUMMONS SERVICE**

I HEREBY CERTIFY that on January 21, 2025, a copy of the Summons and Notice of Pre-Trial Conference and the Complaint to Determine Dischargeability of Debt was mailed first class, postage prepaid to:

Melvin Hudson
1514 Edison Highway
Baltimore, MD 21213

Jeffrey M. Sirody, Esq.
Jeffrey M. Sirody and Associates, P.A.
1777 Reisterstown Road, Ste. 360 E
Baltimore, MD 21208

/s/ Lindsey J. Parker
Lindsey J. Parker, 21776
Maryland Dept. of Labor
100 S. Charles Street, 3rd Floor
Baltimore, MD 21201
Telephone: 410-767-2466
lindsey.parker@maryland.gov